

FILED

06/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JUN 02 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF JOHN C. BOYD

O R D E R

John C. Boyd has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Boyd passed the MPRE in 2010 when seeking admission to the practice of law in Georgia. He was admitted to the Georgia Bar and, in 2015, was admitted by motion to the practice of law in Washington. Boyd has practiced law continuously for 10 years "without any ethical or disciplinary action in any jurisdiction where licensed or admitted to practice law." Good cause appearing,

IT IS HEREBY ORDERED that the petition of John C. Boyd to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 2nd day of June, 2020.

_____
Chief Justice

_____

_(signatures)_

Justices